# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE PIERCE,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 14-00073-KD-N |
| | ) |
| **PARKER TOWING COMPANY, INC.,** *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **REMANDED** to the Circuit Court of Choctaw County, Alabama, from whence it came.

**DONE** and **ORDERED** this the **9th** day of **June 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**